IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAS'JUAN TREVON EAST**                                                                 **PLAINTIFF**

v.                            Case No. 4:23-cv-00075-KGB-PSH

**WISE**, *et al.*                                                                       **DEFENDANTS**

## <u>ORDER</u>

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). Plaintiff Nas'Juan Trevon East has not filed any objections, and the time to file objections has passed. After careful review, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. East's complaint for failure to prosecute (Dkt. No. 1).

So ordered this 19th day of April, 2023.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge